# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

|   |   |
|---|---|
| KEOLATTANA TOOTOO SAPHILOM, <br><br> *Plaintiff,* <br><br> v. <br><br> RENAL CAREPARTNERS OF RESTON, LLC, *et al.*, <br><br> *Defendants.* | CASE NO. 3:23-cv-00022 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Plaintiff Keolattana Tootoo Saphilom, proceeding *pro se*, has filed a complaint against Defendants Renal Carepartners of Reston, LLC and Amed Noori. Upon its own motion, the Court will dismiss Plaintiff's complaint because it lacks subject matter jurisdiction.

Courts have an independent duty to ensure that jurisdiction is proper. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006). A court "must dismiss" an action if it "determines at any time that it lacks subject matter jurisdiction." Fed. R. Civ. P. 12(h)(3). "Accordingly, questions of subject-matter jurisdiction may be raised at any point during the proceedings and may (or, more precisely, must) be raised *sua sponte* by the court." *Brickwood Contractors, Inc. v. Datanet Eng'g, Inc.*, 369 F.3d 385, 390 (4th Cir. 2004). "Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citations omitted). Consequently, "there is no presumption that the court has jurisdiction." *Pinkley, Inc. v. City of Frederick*, 191 F.3d 394, 399 (4th Cir. 1999). Instead, "the facts providing the court jurisdiction must be affirmatively alleged in the complaint." *Id.* Generally, subject matter jurisdiction is present where the well pleaded

allegations in the complaint raise a federal question under 28 U.S.C. § 1331 or the parties meet the diversity and amount in controversy requirements under 28 U.S.C. § 1332.

Here, Plaintiff fails to allege facts sufficient for subject matter jurisdiction. In her complaint, Plaintiff invokes diversity jurisdiction under 28 U.S.C. § 1332. Dkt. 2 at 3-4. Yet, Plaintiff fails to meet the requirements for diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff and one of the two Defendants are alleged to be Virginia citizens. *Id.* at 2. Section 1332, however, "requires complete diversity among parties, meaning that the citizenship of every plaintiff must be different from the citizenship of every defendant." *Cent. W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011). Because the Court lacks subject matter jurisdiction, Plaintiff's complaint is **DISMISSED without prejudice**, Dkt. 2.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to the parties and to strike this case from the Court's active docket.

Entered this 11th day of August, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE